UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

LISA LODISH,

          Plaintiff,          Civil Action No.: 5:10-CV-0078

-against-

                                      NOTICE OF DISMISSAL

BYL COLLECTION SERVICES, INC.

          Defendant.

PLEASE TAKE NOTICE that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff hereby dismisses the above-entitled action with prejudice.

Dated: 3-25-10

                                              CLIFFORD FORSTADT
                                              Attorney for Plaintiff
                                              Bar Roll Number 101681
                                              5788 Widewaters Parkway
                                              DeWitt, New York 13214
                                              (315) 446-1865

TO:   CLERK OF THE UNITED STATES DISTRICT COURT
       NORTHERN DISTRICT OF NEW YORK

       WILLIAM J. D'ANNUNZIO, ESQ.
       German, Gallagher & Murtagh
       200 S. Broad Street, Suite 500
       Philadelphia, PA 19102

IT IS SO ORDERED:

_____
David E. Peebles
U.S. Magistrate Judge
Dated:  March 30, 2010
         Syracuse, NY